# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NORMAN B. TATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:14-cv-00269 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Norman B. Tate's Application to Proceed in District Court without Prepaying Fees or Costs ("Application"). (Doc. No. 2.) The Court, having considered the Application, **ORDERS** that Plaintiff be **allowed** to proceed *in forma pauperis* in this case. The Clerk of the Court is permitted to file the case and send copies to the U.S. Attorney for the Middle District of Tennessee and to the Attorney General of the United States.

It is so ORDERED.

Entered this the 3rd Day of February, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT